■ In the Matter of YESENNIA B., a Child Alleged to be Abused. ANGEL N., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [992 NYS2d 409]—

Order of disposition, Family Court, Bronx County (Carol R. Sherman, J.), entered on or about December 11, 2013, which, upon a fact-finding determination that respondent sexually abused the subject child, released the child to the custody of her mother, and directed respondent to comply with the terms and conditions specified in the final one-year order of protection, to attend a sex-offender program, and to remain under the supervision of the Administration for Children's Services for one year, unanimously affirmed, without costs. Appeals from orders, same court and Judge, entered on or about November 27, 2013 and on or about December 10, 2013, unanimously dismissed, without costs, as subsumed in the appeal from the order of disposition.

Application by respondent's assigned counsel to be relieved as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1st Dept 1976]). We have reviewed the record and agree with counsel that there are no nonfrivolous issues that could be raised on this appeal. Concur— Friedman, J.P., Acosta, Saxe, Gische and Kapnick, JJ.